

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2017

No. 04-17-00627-CV

**IN RE AMERICAN NATIONAL COUNTY
MUTUAL INSURANCE COMPANY**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12807
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The Real Party in Interest's Motion for Extension of Time to File Response to Petition for Writ of Mandamus is this date GRANTED. Time is extended to November 20, 2017.

**PER CURIUM**

ATTESTED TO: _____
KEITH E. HOTTLE
Clerk of Court